UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRAVIS WALKER, | : |
| *Plaintiff*, | : Case No. 1:23-cv-574 |
| vs. | : Judge Jeffery P. Hopkins |
| WALT DISNEY, | : |
| *Defendant*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court the Report and Recommendation (Doc. 12) issued by Magistrate Judge Karen L. Litkovitz on March 26, 2024. The Magistrate Judge recommends that Defendant's motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) (Doc. 5) be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Defendant's motion to dismiss (Doc. 5) is **GRANTED**. This case is hereby **DISMISSED** without prejudice for lack of personal jurisdiction.

The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

<u>September 26, 2024</u>

Jeffery P. Hopkins
United States District Judge